IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA,    :
                             :
    v.                       :                   CASE NO:
                             :             7:26-cr-4–WLS-ALS-2
                             :
CEDRIC LERVELL SEARS,        :
aka SED,                     :
                             :
    Defendant.               :
                             :
_____

## ORDER

Previously, the Court provided the Parties with notice that based on the Speedy Trial Act deadline, Defendant Cedric Lervell Sears's ("Sears") case was scheduled for pretrial conference on Wednesday, April 1, 2026, at 3:00 p.m., and for trial during the Court's Valdosta Specially Set Trial Term beginning May 4, 2026 (Doc. 39). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) Defendant Sears filed a timely Motion for Continuance (Doc. 47) ("Motion") to allow his counsel time to receive and review discovery.

The Court notes that the trials of Sears's Co-Defendants Kenyatta Denard Mitchell ("K.D. Mitchell") and Sheletha Jill Mitchell ("S.J. Mitchell") were also specially set, but have been continued at their request to the Court's August 2026 Valdosta Trial Term. (*See* Docs. 44, 43, respectively). Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), (iv), the Orders (Docs. 44, 43) exclude the period of delay from the calculation of the time within which K.D. Mitchell's and S.J. Mitchell's trials must commence under the Speedy Trial Act. Thus the time for trial as to Sears's Co-Defendants have not run and a review of the docket reflects that no motion for severance has been filed or granted in this case.

Based on Defendant Sears's reasons as stated above and in his Motion and the Court's review of the entire record, the Court finds that a continuance is required for Defense Counsel to effectively prepare for trial. The Court further finds that the delay from the May 2026 to the August 2026 Valdosta Trial Term is reasonable where Defendant Sears is joined for trial with Co-Defendants K.D. Mitchell and S.J. Mitchell as to whom the time for trial has not run

1

and no motion for severance has been granted. *See* 18 U.S.C. § 3161(h)(6). The Court further finds that the ends of justice served by a continuance outweigh the best interests of the public and Defendant Sears in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B).

Accordingly, the Motion (Doc. 47) is **GRANTED** as follows:

1.     The trial in the above-referenced matter is **CONTINUED** to the Court's Valdosta Division **August 2026** Trial Term and its conclusion, or as may otherwise be ordered by the Court.

2.     It is further **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(6) because the delay is reasonable, and the Defendant is joined for trial with Co-Defendants as to whom the time for trial has not run and no motion for severance has been granted.

3.     Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would (a) likely result in a miscarriage of justice, (b) deny Defendant the continuity of counsel, and (c) deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

4.     The April 1, 2026 Pretrial Conference is **CANCELLED**.

**SO ORDERED**, this 26th day of March 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2